
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>　　　　　Plaintiff, )<br>  )<br>　　　v. )<br>  )<br>Qingpeng LYU, )<br>  )<br>　　　　　Defendant. )<br>_____ ) | Magistrate Case No. **'21 MJ1170**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8 U.S.C. Section<br>1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

The undersigned complainant being duly sworn states:

On or about March 30, 2021, within the Southern District of California, Defendant Qingpeng LYU, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, Eusebio CRUZ-Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

---
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 31st of March 2021.

---
HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Eusebio CRUZ-Hernandez, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 30, 2021, at approximately 1:16 P.M., Qingpeng LYU (Defendant) applied for admission to enter the United States from Mexico via the San Ysidro, California Port of Entry vehicle primary lanes. Defendant was the driver and sole visible occupant of a 2007 Mitsubishi Eclipse bearing California plates. A United States Customs and Border Protection (CBP) Officer was conducting pre-primary roving Anti-Contraband Enforcement operations when he approached Defendant and the vehicle he was driving for inspection. Upon inspection before the CBP Officer, Defendant presented his Lawful Permanent Resident Card and stated he had nothing to declare from Mexico. Defendant stated he was in Tijuana looking at an apartment and was going back to San Diego, California. The CBP Officer conducted a search of the vehicle and discovered a person concealed within a modified convertible top compartment. The CBP Officer radioed for assistance and Defendant was removed from his vehicle and escorted to a secured office. The vehicle was driven to secondary for further inspection.

In secondary, CBP Officers assisted by using tools to remove rivets and bolts to access the compartment. CBP Officers were forced to pry open an exit path for the person to be freed from the compartment. The individual, later identified as Eusebio CRUZ-Hernandez, was determined to be a Mexican Citizen without lawful documents to enter or reside in the United States and now is being held as a Material Witness.

During a video recorded interview, Material Witness admitted he is a Mexican citizen and does not possess documents allowing him to legally enter the United States. Material Witness stated his sister made the arrangements for him to be smuggled into the United States for an unknown amount of money. Material Witness stated that he was going to Salinas, California.